UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| PIERRE HARRIS, | ) ) ) |
| Defendant. | ) |

FILED
MAR 1 3 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

4: 13CR00096AGF

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 4, 2008, in St. Louis County within the Eastern District of Missouri, the defendant,

**PIERRE HARRIS,**

for the purpose of obtaining a loan secured by the property at 408 Northridge Drive, St. Louis County, Missouri and intended that said loan be offered to and accepted by the Department of Housing and Urban Development for insurance, did knowingly make and publish false statements, to wit: false statements about the financial assets, income and intent to repay of J.S., the purported purchaser of the aforementioned property.

In violation of Title 18, United States Code Section 1010.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS C. ALBUS, #46224MO
Assistant United States Attorney